IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-00629-FL

| | |
|---|---|
| DEANNA HICKS, | ) |
| ON BEHALF OF HERSELF AND | ) |
| ALL OTHERS SIMILARLY SITUATED, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| HOUSTON BAPTIST UNIVERSITY, | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER

This cause came before the Court pursuant to the Notice of Settlement filed on October 30, 2020. In the Notice of Settlement, Plaintiff advised the Court that the parties have reached an agreement in principle to settle the litigated claims in this action on a class-wide basis, subject to Court approval. And that the Parties are diligently working together to draft and finalize a written settlement agreement and related documents. Plaintiff will prepare a motion seeking preliminary approval from the Court of the class-wide settlement, which Plaintiff will endeavor to file by November 30, 2020.

Based on the foregoing, all further proceedings and all pending deadlines in this case are hereby stayed. Plaintiff shall have until November 30, 2020 to file the Motion for Preliminary Approval.

SO ORDERED, this the 30th day of October, 2020.

LOUISE W. FLANAGAN
United States District Judge

1