IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-cv-00629-FL

| | |
|---|---|
| DEANNA HICKS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) |
| PLAINTIFF, | ) ) ) |
| v. | ) ) |
| HOUSTON BAPTIST UNIVERSITY, | ) ) ) |
| DEFENDANT. | ) |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, SERVICE AWARD, AND CLASS COUNSEL FEES AND COSTS**

Plaintiff DeAnna Hicks, on behalf of herself and a proposed class of similarly situated persons, hereby moves the Court, for entry of an order granting final approval of the Settlement Agreement, finding that the class notice program satisfies due process and Rule 23, finding the Settlement Agreement to be fair, reasonable, and adequate to the Class, dismissing the claims against Defendant with prejudice, retaining jurisdiction of matters only relating to enforcement of the Settlement Agreement, and granting a service award to Plaintiff and Class Counsel's attorneys' fees and costs. The grounds for this Motion are set forth with particularity and in more detail in the accompanying Memorandum in Support, which is incorporated herein by reference.

Respectfully submitted,

Dated: April 16, 2021

/s/ Avi R. Kaufman
Avi R. Kaufman
Florida State Bar # 84382
Kaufman P.A.
400 NW 26th Street

1

Miami, FL 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

Stefan Coleman
Florida State Bar # 30188
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Email: Law@StefanColeman.com

*Counsel for Plaintiff*

*/s/ Ted Johnson*
Ted Lewis Johnson
North Carolina State Bar # 39791
PO Box 5272
Greensboro, NC 27435
Telephone: (336) 252-8596
Email: tedlewisjohnson@tedlewisjohnson.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*